```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

MARGIE ANN BLANKINSHIP                                      PLAINTIFF

v.                    Case No. 4:10CV00705 JTK

MICHAEL J. ASTRUE, *Commissioner*
SOCIAL SECURITY ADMINISTRATION                              DEFENDANT
DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 6th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE